John Shaeffer (State Bar No. 138331)
jshaeffer@lathropgage.com
Jeffrey Grant (State Bar No. 218974)
jgrant@lathropgage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 789-4600
Fax: (310) 789-4601

Petty Tsay Rader (State Bar No. 227563)
petty.rader@munchkin.com
MUNCHKIN, INC.
16689 Schoenborn Street
North Hills, CA 91343
Telephone: (818) 893-5000
Fax: (818) 893-6343

Attorneys for Plaintiff
MUNCHKIN, INC.

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNCHKIN, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PLAYTEX PRODUCTS, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive.<br><br>　　　　Defendant. | Case No.  11-CV-04129-AHM (RZx)<br><br>**ORDER FOR DISMISSAL OF ACTION** |

1 | After considering the parties' Stipulation for Dismissal and good cause
2 | appearing, IT IS HEREBY ORDERED that the above-entitled action is dismissed
3 | with prejudice in its entirety as to all parties, with all parties to each bear their own
4 | costs, expenses and attorneys' fees.

6 | DATE: December 08, 2011

_____
A. HOWARD MATZ
U.S. DISTRICT COURT JUDGE
CENTRAL DISTRICT CALIFORNIA

**JS-6**